**RECEIVED**
CHARLOTTE, N.C.

SEP 22 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

**FILED**
CHARLOTTE, N. C.

OCT 12 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) COMMISSION, )<br> )<br>         Applicant, )<br> )<br>v. )<br> )<br>PILOT TRAVEL CENTERS, LLC, )<br> )<br>         Respondent. )<br>_____ ) | CIVIL ACTION NO.<br><br>3:05MC313-MU<br><br><br>ORDER |

    The Equal Employment Opportunity Commission ("EEOC") has filed an Application for an Order to Show Cause why a certain subpoena *duces tecum* should not be enforced. Subpoena No. CT-05-023 was served on Respondent pursuant to Section 710 of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-9 on July 26, 2005 in the investigation of Charge No. 140-2005-03580. The EEOC, having duly served the subpoena upon Respondent and Respondent having failed to comply within the period designated in the subpoena, it is hereby

    ORDERED that Respondent appear before the undersigned judge on the 25th day of October, 2005, at 10 o'clock a.m., in Courtroom 3, United States Courthouse, 401 West Trade Street, Charlotte, North Carolina, and show cause why it should not be compelled to comply with the subpoena issued to it.

    IT IS FURTHER ORDERED that the Clerk of Court shall serve on Respondent a copy of: (1) this Order, (2) the Application for Order to Show Cause Why a Subpoena Should Not Be

Enforced, and (3) the Memorandum in Support of Application for Order to Show Cause Why a Subpoena Should Not Be Enforced. The address where Respondent is to be served is as follows:

>David W. Parmly
>Human Resources Manager
>Pilot Travel Centers, LLC
>PO Box 10146
>Knoxville, TN 37939-0146
>
>David W. Parmly
>Human Resources Manager
>Pilot Travel Centers, LLC
>5508 Lonas Road
>Knoxville, TN 37939
>
>CT Corporation System,
>as Registered Agent for Pilot Travel Centers, LLC
>800 S. Gay Street
>Suite 2021
>Knoxville, TN 37939-9710

IT IS FURTHER ORDERED that Respondent must file and serve its answer to the Application no later than the 17th day of October, 2005.

IT IS FURTHER ORDERED that EEOC must file and serve its reply to Respondent's answer to the application no later than the 20th day of October, 2005.

DATED this 10th day of Oct, 2005.

_____
UNITED STATES DISTRICT JUDGE