**RECEIVED**
CHARLOTTE, N.C.

NOV 16 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>        Applicant,<br><br>v.<br><br>PILOT TRAVEL CENTERS, LLC,<br><br>        Respondent. | CIVIL ACTION NO. 3:05MC313-MU |

## ORDER OF DISMISSAL

Before this Court is Applicant Equal Employment Opportunity Commission's Motion to Dismiss its Application for administrative subpoena enforcement filed September 22, 2005. Because Respondent has responded and produced documents to Applicant that substantially comply with the Commission's subpoena, Applicant's Motion is GRANTED. Accordingly, this matter is hereby DISMISSED and the hearing set for November 22, 2005, is cancelled.

DATED this 5th day of December, 2005.

*Graham C. Mullen*

UNITED STATES DISTRICT COURT JUDGE
FOR THE WESTERN DISTRICT OF NORTH CAROLINA